UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

David T. Veale and Scott W. Veale

                v.                                    Case No. 11-cv-582-SM

Town of Washington, et al.


O R D E R


After due consideration of the objection filed, I herewith approve the Report

and Recommendation of Magistrate Judge Landya B. McCafferty dated May 18,

2012, for the reasons set forth therein.      " '[O]nly those issues fairly raised by the

objections to the magistrate's report are subject to review in the district court and

those not preserved by such objection are precluded on appeal.' "   School Union No.

37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v.

Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));   see also

United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,

failure to file a specific objection to magistrate's report will waive the right to

appeal).

Plaintiffs' complaint (document no. 2) is hereby dismissed for failure to state

a claim upon which relief can be granted.     The Court declines to exercise its

supplemental jurisdiction over the remaining state-law claims.     Plaintiffs' motion

to amend the complaint (document no. 8) is also denied for failure to comply with

Local Rule 15.1 (Plaintiffs are not inexperienced pro se litigators in this court and

are or should be familiar with this court's local rules).

       SO ORDERED.


June 12, 2012                   /s/ Steven J. McAuliffe
                                Steven J. McAuliffe
                                United States District Judge


cc:    David T. Veale, pro se
       Scott W. Veale, pro se